# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 18, 2023
Lyle W. Cayce
Clerk

No. 23-20169

___

In re Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

                        *Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-2999

_____

## UNPUBLISHED ORDER

Before Smith, Southwick, and Ho, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

A True Copy
Certified order issued Jul 18, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit